# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
### ANDERSON DIVISION

| | |
|---|---|
| Joe Ann Wesley Lee,<br><br>Plaintiff,<br><br>v.<br><br>Quick Credit Corporation d/b/a Southern Management Corporation; Southern Management Corporation d/b/a Quick Credit;<br><br>Defendants. | CASE NO. :_____<br><br><br>**NOTICE OF REMOVAL** |

Defendant Southern Management Corporation, named as both Quick Credit Corporation d/b/a Southern Management Corporation *and* Southern Management Corporation d/b/a Quick Credit ("SMC") files this Notice of Removal on behalf of all defendants pursuant to 28 U.S.C. §§ 1331 and 1446, and shows the Court as follows:

## INTRODUCTION

1. On March 21, 2018, Plaintiff Joe Ann Wesley Lee ("Plaintiff") filed a Complaint against SMC in the Court of Common Pleas, Tenth Judicial Circuit, County of Anderson, State of South Carolina, under Case No. 2018-CP-04-566 ("State Court Action").  Plaintiff brought four causes of action related to phone calls made to Plaintiff for debt-collection purposes.  A copy of the Complaint is attached as Exhibit A.

## GROUNDS FOR REMOVAL

2. Plaintiff's first cause of action is brought pursuant to the Telephone Consumer Protection Act, 47 U.S.C. § 227.  As such, this Court has original subject matter jurisdiction based

WBD (US) 42730339v1

on federal question. *See Mims v. Arrow Financial Services, LLC*, 565 U.S. 368 (U.S. 2012); *Speidel v. American Honda Finance Corp.*, 2014 WL 820703 (M.D. Fla. 2014).

## COMPLIANCE WITH PROCEDURAL REQUIREMENTS

3.      In accordance with 28 U.S.C. § 1441(a), venue of the removal action is proper in this Court because it is in the district and division embracing the place where the State Court Action is pending.

4.      In accordance with 28 U.S.C. § 1446(a) and Local Rule 81, the Summons and Complaint served upon SMC in the State Court Action are attached as Exhibit A.

5.      In accordance with 28 U.S.C. § 1446(b), this Notice is being filed with this Court within thirty (30) days after SMC received the Complaint.  The Complaint was served on SMC on April 12, 2018. A copy of the Service of Process Transmittal is attached as Exhibit B.

6.      In accordance with 28 U.S.C. § 1446(d), promptly after the filing of this Notice of Removal, SMC will give written notice of the removal to the Plaintiff and will file a copy of this Notice of Removal with the Clerk of Court of Common Pleas, Tenth Judicial Circuit, County of Anderson, State of South Carolina.

WHEREFORE, SMC hereby gives notice that this action is removed to the United States Court for the District of South Carolina, Anderson Division, and requests that it receive such other and further relief to which it may show itself justly entitled at law or in equity.

WBD (US) 42730339v1

This 11th day of May, 2018.

s/ *John C. Hawk IV*

John C. Hawk IV
Federal ID No. 9853
S. Sterling Laney, III
Federal ID No. 6255
WOMBLE BOND DICKINSON (US) LLP
5 Exchange Street
Charleston, SC 29401
Telephone:  (843) 722-3400
E-mail:  john.hawk@wbd-us.com
            sterling.laney@wbd-us.com

*Attorneys for Defendant Southern Management Corporation*

3