# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# ANDERSON DIVISION

| | |
|---|---|
| Joe Ann Wesley Lee, | C.A. No.: 8:18-cv-1304-TMC |
| Plaintiff, | |
| v. | |
| Quick Credit Corporation d/b/a Southern Management Corporation; Southern Management Corporation d/b/a Quick Credit; | |
| Defendants. | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Joe Ann Wesley Lee and Defendants Quick Credit Corporation d/b/a Southern Management Corporation; Southern Management Corporation d/b/a Quick Credit hereby stipulate that Plaintiff's Complaint in the above-styled action shall be and the same hereby is dismissed *with prejudice* pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party shall bear his/its own costs and expenses of litigation.

*SIGNATURE PAGE TO FOLLOW*

WBD (US) 44720305v1

**WE SO MOVE**:

        s/ John C. Hawk IV
        John C. Hawk IV
        Federal ID No. 9853
        S. Sterling Laney, III
        Federal ID No. 6255
        WOMBLE BOND DICKINSON (US) LL
        5 Exchange Street
        Charleston, SC 29401
        Telephone:  (843) 722-3400
        E-mail:  john.hawk@wbd-us.com
        sterling.laney@wbd-us.com

*Attorneys for Defendants*

        s/ Kenneth E. Nosworthy, Jr.
        Kenneth E. Nosworthy, Jr.
        Federal ID No. 12580
        NORSWORTHY LAW, LTD. CO
        505 Pettigru Street
        Greenville, SC  29604
        Telephone: 864-804-0581
        Email: kenorsworthy@me.com

*Attorney for Plaintiff*